# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132438

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE AZARIA MARIE ASHER COX, Minor.

_____

FAMILY INDEPENDENCE AGENCY,
         Petitioner-Appellee,

v

BRANDY LEE COX,
         Respondent-Appellant.

_____/

SC: 132438
COA: 269455
Oakland CC
Family Division: 04-700354-NA

On order of the Court, the application for leave to appeal the October 17, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

s1121

Clerk